IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McINTYRE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-493-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On July 16, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Petitioner's 28 U.S.C. § 2255 motion is DENIED and that this action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 6th day of August, 2018.

           /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE